UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80044-DIMITROULEAS/MATTHEWMAN

SCOTT MICHAEL LILLEY,

    Plaintiff,

vs.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

### ORDER APPROVING IN PART REPORT OF MAGISTRATE JUDGE; SUSTAINING OBJECTIONS; GRANTING IN PART PETITION FOR EAJA FEES

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge William Matthewman (the "Report") [DE 23], issued on December 28, 2020, and Plaintiff's Petition for EAJA Fees Pursuant to 28 U.S.C. § 2312(d) and Request for Hearing [DE 20], filed on November 11, 2020.  The Court has carefully considered the Report [DE 23], Defendant, Andrew Saul, Commissioner of Social Security ("Commissioner")'s Objections [DE 24], notes that Plaintiff Scott Lilley ("Lilley") did not timely respond to the Commissioner's Objections, and is otherwise fully advised in the premises.

Upon careful consideration, the Court sustains the Commissioner's Objections.   First, Plaintiff will not be paid the amount of $12.00 for 0.2 hours for a paralegal's filing of Plaintiff's motion for summary judgment on July 17, 2020.   Second, the Court will not require the EAJA award to be paid within 30 days. The Court approves the remainder of the Report and Recommendation.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Commissioner's Objections [DE 24] are **SUSTAINED**.

2. The Report [DE 23] is hereby **APPROVED IN PART.**

3. Plaintiff's Petition for EAJA Fees Pursuant to 28 U.S.C. § 2312(d) and Request for Hearing [DE 20] is **GRANTED IN PART** as follows:

4. Pursuant to 28 U.S.C. § 2312(d), Plaintiff is hereby awarded $7,065.09 in attorney's fees, $20.70 in expenses, and $400.00 in costs. The balance of the Motion is denied.   The request for hearing is denied.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of January, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record
Magistrate Judge William Matthewman