UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80044-DIMITROULEAS/MATTHEWMAN

SCOTT MICHAEL LILLEY,

    Plaintiff,

vs.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING PETITION FOR EAJA FEES

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge William Matthewman (the "Report") [DE 30], issued on April 15, 2024, and Plaintiff's Petition and Memorandum in Support for Reasonable Attorney Fees Pursuant to 42 U.S.C. § 406(b) [DE 26]. The Court notes that no objections to the Report [DE 30] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 30] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 30] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 30] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff Petition [DE 26] is hereby **GRANTED** as follows:

   a. Plaintiff's counsel is awarded $35,618.50 in attorney's fees pursuant to 42 U.S.C. § 406(b)(1)(A), to be paid out of Plaintiff's past-due benefits in accordance with agency policy;

   b. Plaintiff's counsel may either collect this amount and reimburse Plaintiff the $7,065.79 previously recovered in EAJA fees, or Plaintiff's counsel may deduct the $7,065.79 EAJA fees award amount from the $35,618.50 section 406(b)(1)(A) fees award, resulting in a total attorney's fees amount of $28,532.71, to be paid out of Plaintiff's past-due benefits.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of April, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record
Magistrate Judge William Matthewman