UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80044-DIMITROULEAS/MATTHEWMAN

SCOTT MICHAEL LILLEY,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Petition and Memorandum in Support for Reasonable Attorney Fees Pursuant to 42 U.S.C. § 406(b) [DE 32]; the Report and Recommendation entered by Magistrate Judge William Matthewman [DE 35]; and Plaintiff's Objection [DE 36].   The Court is otherwise fully advised in the premises.

In his Objection, Plaintiff requests in the alternative that counsel be permitted to file an amended second petition for reasonable attorney fees under 42 U.S.C. §406(b) raising the points discussed in the Objection. The Court will allow that filing, thereby permitting the Magistrate Judge to consider the arguments in the first instance.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Petition and Memorandum in Support for Reasonable Attorney Fees Pursuant to 42 U.S.C. § 406(b) [DE 32] and the Report and Recommendation entered by Magistrate Judge William Matthewman [DE 35] are hereby **DENIED AS MOOT.**

2. Counsel may file a second petition for reasonable attorney fees under 42 U.S.C. §406(b) within fourteen (14) days, which shall be referred to the Magistrate Judge.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of February, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record
Magistrate Judge William Matthewman